IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHUNACEY DANIELS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5561

Opinion filed March 18, 2015.

An appeal from an order of the Circuit Court for Duval County.
Marianne L. Aho, Judge.

Chunacey Daniels, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.